The Court
(Duckett, J., absent,)
refused to consider the answer as sufficiently certified, and refused to dissolve the injunction. The Court cited the cases of Wright v. West, [ante, 300,] and Lloyd v. Lund, (not reported) at Alexandria, March, 1806; Watson & Smith v. Tapscot, Alexandria, March, 1805, (not reported) ; Potts v. Ghequére, Alexandria, March, 1805, (not reported); Wilson v. Stewart, Alexandria, June, 1803, [ante, 128]; Mandeville v. Ringgold, Alexandria, (not reported); and Tibbs & Co. v. Parrott, Washington, June, 1806,"[ante 177, 313.]